**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 21, 2026

By ECF
Hon. Jeannette A. Vargas
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

**Re: *Ardila Ariza v. Genalo, et al.*, No. 26 Civ. 5976 (JAV)**

Dear Judge Vargas,

This Office represents the respondents (the "Government") in the above-referenced habeas corpus action, in which Petitioner Victor Ardila Ariza ("Petitioner") challenges his detention by U.S. Immigration and Customs Enforcement ("ICE"). I write on behalf of all parties to provide the joint letter due today pursuant to the Court's July 15, 2026 Order. *See* ECF No. 2 at 3. That Order directed the parties to confer about certain matters, including whether the conference scheduled for July 22, 2026, at 2:30pm is necessary and how the Court should handle the Petition. The parties have conferred and report the following.

The parties do not request a transfer of this case to another District. As the Government noted in its July 17, 2026 letter, Petitioner was in the Southern District of New York at the time the Petition was filed and thus venue is proper in this District. *See* ECF No. 9 at 1.

The parties do not believe the July 22 conference is necessary and request that it be cancelled. The parties jointly propose the following briefing schedule:

- The Government's response to the Petition will be filed by July 22, 2026
- Petitioner's reply will be filed by July 24, 2026

The parties thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney

BY: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
Southern District of New York

The proposed briefing schedule is GRANTED. The conference previously scheduled for July 22, 2026 is adjourned sine die.The Clerk of Court is directed to terminate ECF No. 10

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: July 21, 2026

86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2663
jennifer.jude@usdoj.gov

cc: Petitioner's counsel (by ECF)