**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

VICTOR ARDILA ARIZA,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 5976 (JAV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2026, Petitioner's petition for writ of habeas corpus is GRANTED IN PART AND DENIED IN PART. The Court finds that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but is instead detained pursuant to 8 U.S.C. § 1226(a). The Court ORDERS Respondents to provide Petitioner with an individualized bond hearing before an Immigration Judge **within 14 days from the date of the order** at which the Government shall bear the burden to demonstrate, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk. At the bond hearing, the Immigration Judge must also consider non-bond alternatives to detention or, if setting a bond, Petitioner's ability to pay; accordingly, the case is closed.

**DATED:** New York, New York
July 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**